

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/13/2020
```

**JAMES E. JOHNSON**
*Corporation Counsel*

T**HE** C**ITY OF** N**EW** Y**ORK**
L**AW** D**EPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Thais R. Ridgeway**
phone: 212-356-3586
fax: 212-356-2089
email: tridgew@law.nyc.gov
(not for service)

November 13, 2020

**BY ECF**

Hon. Alison J. Nathan
United States District Court
40 Foley Square, Room 2102
New York, New York 10007

      Re: *C.A. et al. v. New. York City Dep't of Education,*
        20-CV-06526 (AJN)

Dear Judge Nathan:

   I am an Assistant Corporation Counsel in the Office of the Corporation Counsel assigned to represent the New York City Department of Education ("DOE") in the above-referenced matter. Pursuant to Your Honor's November 6, 2020 Order (ECF Dkt. No. 12), the parties submit this joint letter to provide the Court the status of the pending action and respectfully request Your Honor adjourn the November 20, 2020 conference in lieu of scheduling a settlement conference.

   The additional time requested will allow the DOE to review the timesheets, request authority, and make a reasonable settlement offer to Plaintiffs. Therefore, the parties respectfully request the Court schedule a settlement conference between January 4-6, 2021. The parties are also willing to discuss the scheduling of the conference with the Court's deputy to arrange a mutually convenient date. To the extent the parties reach an agreement prior to the conference, the parties will promptly file a letter notifying Your Honor.

> The initial pretrial conference scheduled for November 20, 2020, is adjourned pending a settlement conference. The Court will refer this case to the assigned Magistrate Judge for settlement. The parties shall contact the Magistrate Judge by November 18, 2020, to schedule a settlement conference. The parties shall file a joint report on the status of settlement discussions by February 1, 2021. SO ORDERED.

_____
DENISE COTE
United States District Judge

For Judge Nathan   11/13/2020

Thank you for your consideration of this matter.

Respectfully submitted,                                   Respectfully submitted,

/s/ Thais R. Ridgeway                                     /s/ Adam Dayan, Esq.
Assistant Corporation Counsel                             LAW OFFICES OF ADAM DAYAN
Corporation Counsel of the City of New York               222 Broadway, 19th Floor
100 Church Street                                         New York, New York, 10038
New York, NY 10007                                        Tel. 646-866-7157
Tel : 212-356-3586                                        Email: admin@dayanlawfirm.com
Email: tridgew@law.nyc.gov