UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

C.A., individually and on behalf of S.S., S.S., individually and on behalf of S.S.,

                    Plaintiffs,

-v-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                    Defendant.

CIVIL ACTION NO.: 20 Civ. 6526 (AJN) (SLC)

**ORDER FOR STATUS REPORT**

**SARAH L. CAVE**, United States Magistrate Judge.

Pursuant to the parties' representation that they had reached a settlement agreement in principle, the Court cancelled the scheduled settlement conference and directed the parties to file a stipulation of dismissal by yesterday, March 1, 2021.  (ECF No. 24).

The parties did not do so and are now ORDERED to file a stipulation of dismissal or status letter on the progress of settlement discussions by **Friday, March 5, 2021.**

Dated:      New York, New York
             March 2, 2021

                                              SO ORDERED

                                              _____
                                              SARAH L. CAVE
                                              **United States Magistrate Judge**

2